LAWRENCE J. HUTCHENS (SBN 117673)
MICHELLE FONSECA-KAMANA ( SBN 299647)
Attorneys at Law
9047 Flower Street
Bellflower, California 90706
(562) 804-0600 phone
(562) 804-0603 fax

Attorneys for Plaintiff
JENNIFER A. BAXTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A. BAXTER,<br><br>    Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC.,<br>DEMARTINI RV SALES, and DOES 1-20,<br><br>    Defendants. | CASE NO. 2:19-cv-01532-JAM-CKD<br><br>[PROPOSED] ORDER RE: STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT |

Good cause appearing, pursuant to the stipulation of the parties, plaintiff's First Amended Complaint may be filed.

    IT IS SO ORDERED.

DATED: 3/4/2020

THE HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE: STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT